AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 17 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

United States of America )
v. )
CHRISTINA MILLER )
) Case No: 1:14cr77HSO-RHW-006
) USM No: 18259-043
Date of Original Judgment: 05/06/2015 )
Date of Previous Amended Judgment: _____ ) Mike Scott
*(Use Date of Last Amended Judgment if Any)*     Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   05/06/2015   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/17/2016

Effective Date: 8/17/2016
*(if different from order date)*

Judge's signature

The Honorable Halil S. Ozerden, U.S. District Court Judge
*Printed name and title*